**EXHIBIT 3**

| Claim Number | Creditor Name | Claim | Allowed | Amounts Outstanding | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 05/15/00 | 10/20/00 | 01/21/01 | 07/20/01 | Total |
| 30737 | ACE HARDWARE | 650.52 | 650.52 | - | - | 3 | - | 3 |
| 998 | ADT SECURITY SYSTEMS INCORPORATED | 30,667.20 | 30,667.20 | - | - | - | 92 | 92 |
| 31673 | AERZEN USA | 414.80 | 414.80 | - | - | 2 | 1 | 3 |
| 30798 | AFFILIATED STEAM EQUIP CO | 5,217.27 | 5,217.27 | - | - | 28 | - | 28 |
| 372 | AIR SERVICES CO | 1,608.69 | 1,608.69 | - | - | 9 | - | 9 |
| 31670 | ALL TECH INC. | 3,074.07 | 3,074.07 | - | - | - | 9 | 9 |
| 30711 | ALLING AND CORY | 1,212.00 | 1,212.00 | - | - | - | 4 | 4 |
| 30855 | AMERICAN ELECTRIC POWER | 102,698.41 | 102,698.41 | - | - | - | 308 | 308 |
| 30699 | ANCO | 1,722.47 | 1,722.47 | - | - | 9 | 5 | 14 |
| 30691 | ARAMARK / MT PROSPECT | 1,814.12 | 1,814.12 | - | - | - | 5 | 5 |
| 30907 | ARAMARK BUSINESS DINING SERV. | 524.23 | 524.23 | - | - | - | 2 | 2 |
| 31115 | ARAMARK REFRESHMENT SERVICES | 272.25 | 272.25 | - | - | - | 1 | 1 |
| 269 | ARLINGTON COMPUTER PRODUCTS | 125,483.00 | 122,060.07 | - | - | - | 366 | 366 |
| 31158 | ARTHUR ANDERSEN LLP | 12,400.00 | 12,400.00 | - | - | - | 37 | 37 |
| 254 | AVID PRODUCTIONS INC D/B/A | 86,940.00 | 86,940.00 | - | - | - | 261 | 261 |
| 31230 | BASKET EXPRESSIONS | 343.94 | 343.94 | - | - | 2 | 1 | 3 |
| 1041 | BEANSTALK GROUP,INC. | 441,456.15 | 611,788.00 | - | - | 3,242 | 1,835 | 5,077 |
| 30663 | BEARING DISTRIBUTORS INC | 1,413.52 | 1,413.52 | - | - | 7 | - | 7 |
| 31136 | BIOTEST DIAGNOSTICS CORP | 274.15 | 274.15 | - | - | 1 | - | 1 |
| 30652 | BIRDSONG PEANUTS CORP | 124,692.49 | 96,875.91 | - | - | - | 291 | 291 |
| 31155 | BOARD OF REGENTS | 510.00 | 510.00 | - | - | - | 2 | 2 |
| 154 | BOSTWICK-BRAUN COMPANY | 1,505.88 | 1,505.88 | - | - | 8 | - | 8 |
| 31655 | BROWN, WINICK, GRAVES | 1,045.02 | 1,045.02 | - | - | 6 | - | 6 |
| 30838 | BURRELL-LEDER BELTECH INC | 11,055.94 | 11,055.94 | - | - | - | 33 | 33 |
| 31200 | CAF TEXAS PACIFIC GROUP | 15,539.38 | 15,539.38 | - | - | - | 47 | 47 |
| 31859 | CAMPAS CAR CENTER | 1,001.70 | 1,001.70 | - | - | 5 | 3 | 8 |
| 30618 | CASTERS OF OKLAHOMA INC | 256.64 | 256.64 | - | - | 1 | - | 1 |
| 773 | CATALINA MARKETING CORP | 335,476.55 | 335,476.55 | - | - | 1,778 | - | 1,778 |
| 30616 | CATER CHEMICALS CORP | 16,083.05 | 16,083.05 | - | - | - | 48 | 48 |
| 103 | CAT'S SCAN SERVICE, INC. | 973.04 | 973.04 | - | - | 5 | 3 | 8 |
| 395 | CDW COMPUTER CENTERS INC | 12,949.60 | 12,949.60 | - | - | 69 | - | 69 |
| 31371 | CELLULAR ONE | 9,323.29 | 9,323.29 | - | - | - | 28 | 28 |
| 30999 | CHI/COR INFORMATION MANAGEMENT | 5,000.00 | 5,000.00 | - | - | - | 15 | 15 |
| 31852 | CITY TRUCK & TRAILER PARTS INC | 636.79 | 636.79 | - | - | 3 | - | 3 |
| 809 | CLIFFORD, JANE M | 16,187.50 | 16,187.50 | - | - | - | 49 | 49 |
| 30574 | CLOSURE SYSTEMS, INC. | 176.80 | 176.80 | - | - | 1 | - | 1 |
| 875 | COCHRANE COMPRESSOR & SUPPLY COMP | 1,859.02 | 1,828.30 | - | - | 10 | - | 10 |
| 30570 | COLLOIDES NATURELS | 11,440.00 | 11,440.00 | - | - | - | 34 | 34 |
| 891 | COMED CO. | 328,743.45 | 328,743.45 | - | - | - | 986 | 986 |
| 31202 | COMMUNITY COLLEGE OF | 2,928.00 | 2,928.00 | - | - | - | 9 | 9 |
| 31045 | CONSUMER RESPONSE CORP | 4,234.51 | 4,234.51 | - | - | - | 13 | 13 |
| 30559 | CONTROL SYSTEMS COMPANY | 415.56 | 415.56 | - | - | 2 | 1 | 3 |
| 615 | CORPORATE BUSINESS SYSTEMS | 165,861.97 | 165,861.97 | - | - | 879 | 498 | 1,377 |
| 31107 | CRC INTERNATIONAL | 194.04 | 194.04 | - | - | - | 1 | 1 |
| 31635 | CRESTLAND HOME CENTER | 192.26 | 192.26 | - | - | 1 | - | 1 |
| 31634 | CRESTLAND SUPPLY INC. | 477.28 | 477.28 | - | - | 3 | 1 | 4 |
| 31002 | CRISWELL'S BLDG & GROUNDS SERV | 700.00 | 700.00 | - | - | - | 2 | 2 |
| 649 | CUSHMAN & WAKEFIELD OF IL INC | 89,524.49 | 89,524.49 | - | - | - | 269 | 269 |
| 30534 | DOEDEN PLUMBING AND HEATING AKA | 508.24 | 508.24 | - | - | 3 | - | 3 |
| 31622 | DONOHUE/MEEHAN PUBLISHING | 5,400.00 | 5,400.00 | - | - | - | 16 | 16 |
| 31804 | DOZARK SANDBLASTING | 283.50 | 283.50 | - | - | - | 1 | 1 |
| 30520 | ELECTRATECH | 203.55 | 203.55 | - | - | 1 | 1 | 2 |
| 366 | ENSERCH ENERGY SERVICES INC | 101,251.09 | 101,251.09 | - | - | - | 304 | 304 |
| 30514 | ENSIGN INC | 262.88 | 262.88 | - | - | 1 | - | 1 |
| 975 | EXEL LOGISTICS INCOPORATED | 12,580,358.00 | 5,500,000.00 | - | - | - | 16,500 | 16,500 |
| 30510 | F & L FITTINGS CO DBA | 242.09 | 242.09 | - | - | - | 1 | 1 |
| 30506 | FIELD'S PALLET SERVICE | 7,332.61 | 7,332.61 | - | - | 39 | 22 | 61 |
| 274 | FISHER SCIENTIFIC | 14,439.02 | 13,371.00 | - | - | - | 40 | 40 |
| 30498 | FLINT INK CORPORATION | 801.89 | 801.89 | - | - | 4 | 2 | 6 |
| 31808 | FOX BROTHERS OF SANBORN INC | 270.05 | 270.05 | - | - | - | 1 | 1 |
| 31598 | GERMAN MACHINE WORKS INC | 1,056.00 | 1,056.00 | - | - | - | 3 | 3 |
| 30910 | GOLICK MARTINS INC #202 | 337.00 | 337.00 | - | - | - | 1 | 1 |
| 31594 | GOODWAY TECHNOLOGIES CORPORATION | 3,699.80 | 3,699.80 | - | - | - | 11 | 11 |
| 800 | GRAHAM MARKETING COMMUNICATIONS INC | 41,353.23 | 41,353.23 | - | - | - | 124 | 124 |
| 31591 | GTE MIDWEST | 3,368.73 | 3,368.73 | - | - | 18 | 10 | 28 |
| 30640 | HARRIS, BRUCE | 3,458.00 | 3,458.00 | - | - | 18 | - | 18 |
| 30935 | HOLLY SUGAR CORP. | 22,288.50 | 22,288.50 | - | - | - | 67 | 67 |
| 31148 | I B D INC | 357.50 | 357.50 | - | - | - | 1 | 1 |
| 31105 | IDEXX DISTRIBUTION CORP | 1,368.40 | 1,368.40 | - | - | 7 | - | 7 |
| 600 | IMAGETEC L.P | 324.83 | 324.83 | - | - | 2 | 1 | 3 |
| 30954 | INLAND EMPIRE EQUIPMENT INC | 388.87 | 388.87 | - | - | 2 | 1 | 3 |
| 371 | INTERNATIONAL HOME FOODS INC | 1,030.40 | 1,030.40 | - | - | - | 3 | 3 |
| 31577 | INTERNATIONAL KNIFE/SAW | 7,067.01 | 7,067.01 | - | - | - | 21 | 21 |
| 288 | INTERNATIONAL PAPER | 5,633.43 | 5,633.43 | - | - | 30 | 17 | 47 |
| 31572 | IOWA PAINT | 194.82 | 194.82 | - | - | - | 1 | 1 |
| 671 | IRA H TADELMAN SNOWPLOWING SERVICE | 505.00 | 505.00 | - | - | - | 2 | 2 |
| 26 | J.M. SWANK COMPANY | 19,575.00 | 19,575.00 | - | - | - | 59 | 59 |
| 31792 | JAT OIL & SUPPLY INC | 395.49 | 395.49 | - | - | - | 1 | 1 |

Favorite Brands International
Closing Report
Exhibit : Uncashed Distribution Checks

| Claim Number | Creditor Name | Claim | Allowed | 05/15/00 | 10/20/00 | 01/21/01 | 07/20/01 | Total |
|---|---|---:|---:|---:|---:|---:|---:|---:|
| 226 | JK GUARDIAN SECURITY SERVICES | 81,394.90 | 81,394.90 | - | - | 431 | - | 431 |
| 31203 | JODAWNCO INC | 7,136.00 | 7,136.00 | - | - | 38 | - | 38 |
| 482 | JOHN-HENRY ENTERPRISES INC | 4,342.27 | 4,342.27 | - | - | - | 13 | 13 |
| 173 | JOHNSTON METAL, LLC. | 246.75 | 246.75 | - | - | 1 | 1 | 2 |
| 31375 | KAI BEHRINGER | 2,252.98 | 2,252.98 | - | - | - | 7 | 7 |
| 31566 | KATHABAR INC. | 1,012.29 | 1,012.29 | - | - | - | 3 | 3 |
| 31091 | KELLER AND HECKMAN LLP | 387.81 | 387.81 | - | - | - | 1 | 1 |
| 31089 | KIMBERLY RAMEY | 330.00 | 330.00 | - | - | 2 | 1 | 3 |
| 31563 | KING DISTRIBUTING | 1,335.19 | 1,335.19 | - | - | - | 4 | 4 |
| 592 | KLOCKNER HANSEL GMBH | 100,785.48 | 100,785.48 | - | - | 534 | - | 534 |
| 759 | KOPAS VERPACKUNGSMASCHINEN GMBH | - | 370.23 | - | - | - | 1 | 1 |
| 209 | KRAFT PAPER SALES CO INC | 7,195.22 | 7,076.13 | - | - | 38 | - | 38 |
| 119 | KSIB-AM/FM | 144.00 | 144.00 | - | - | 1 | - | 1 |
| 31169 | KUEHNE & NAGEL INC | 288.59 | 288.59 | - | - | 2 | 1 | 3 |
| 31071 | LAKE MICHIGAN PACKAGING | 225.00 | 225.00 | - | - | - | 1 | 1 |
| 30385 | LAKE SHORE EQUIPMENT | 650.00 | 650.00 | - | - | 3 | 2 | 5 |
| 31009 | LANDRAIL | 2,865.00 | 2,865.00 | - | - | - | 9 | 9 |
| 794 | LASALLE NATIONAL BANK | 2,080.32 | 2,080.32 | - | - | - | 6 | 6 |
| 443 | LESMAN INSTRUMENT COMPANY | 189.72 | 189.72 | - | - | 1 | - | 1 |
| 30374 | LIQUI FLO INC | 824.43 | 824.43 | - | - | 4 | 2 | 6 |
| 31236 | LUCKOW GROUP INC | 200.00 | 200.00 | - | - | 1 | 1 | 2 |
| 618 | MACMILLAN - LITTLE ROCK | 27,597.13 | 27,597.13 | - | - | - | 83 | 83 |
| 30850 | MANNING ENVIRONMENTAL INC | 232.48 | 232.48 | - | - | - | 1 | 1 |
| 30973 | MCKESSON WATER PROD | 412.30 | 412.30 | - | - | - | 1 | 1 |
| 30347 | MECHANICAL DRIVES INC | 217.37 | 217.37 | - | - | - | 1 | 1 |
| 31224 | MEDINAH SHRINE SHOW FUND | 500.00 | 500.00 | - | - | 3 | - | 3 |
| 31263 | MET-CHEM WEST | 2,432.00 | 2,432.00 | - | - | 13 | - | 13 |
| 30340 | METRO SWEET PRODUCTS | 4,620.00 | 4,620.00 | - | - | 24 | 14 | 38 |
| 30335 | MID AMERICA PALLET | 11,200.00 | 11,200.00 | - | - | - | 34 | 34 |
| 910 | MILLER & MARTIN LLP | 2,765.11 | 2,765.11 | - | - | 15 | - | 15 |
| 411 | MINARIK CORPORATION | 121.60 | 121.60 | - | - | 1 | - | 1 |
| 220 | MINTZ LEVIN COHN FERRIS | 15,461.16 | 15,461.16 | - | - | 82 | - | 82 |
| 578 | MOLDED FIBERGLASS TRAY COMPANY | 54,650.00 | 54,650.00 | - | - | 290 | 164 | 454 |
| 579 | MOLDED FIBERGLASS TRAY COMPANY | 324,065.00 | 270,065.00 | - | - | 1,431 | 810 | 2,241 |
| 528 | MONARCH FOOD COLORS | 19,018.00 | 18,853.45 | - | - | - | 57 | 57 |
| 527 | MONARCH FOOD COLORS, LP | 22,771.25 | 12,871.25 | - | - | - | 39 | 39 |
| 157 | MONTGOMERY KONE INC | 965.59 | 965.59 | - | - | 5 | - | 5 |
| 31196 | MORINAGA & CO | 3,551.80 | 3,551.80 | - | - | - | 11 | 11 |
| 877 | NATIONAL CAR RENTAL SYSTEM INC | 291.47 | 291.47 | - | - | 2 | - | 2 |
| 31295 | NEVADA POWER CO | 28,564.56 | 28,564.56 | - | - | - | 86 | 86 |
| 961 | NID PTY. LTD. | 878,159.93 | 131,723.99 | - | - | - | 395 | 395 |
| 31320 | O'DONNELL MARKETING RESOURCE | 4,500.00 | 4,500.00 | - | - | - | 13 | 13 |
| 58 | O'HARE-MIDWAY LIMOUSINE | 233.80 | 233.80 | - | - | 1 | 1 | 2 |
| 30285 | OKLAHOMA NATURAL GAS CO | 6,010.78 | 6,010.78 | - | - | - | 18 | 18 |
| 905 | ONEOK INC | 14,385.34 | 14,385.34 | - | - | - | 43 | 43 |
| 30274 | PAC AGE | 4,698.75 | 4,698.75 | - | - | - | 14 | 14 |
| 31538 | PAGET EQUIPMENT COMPANY | 862.28 | 862.28 | - | - | - | 3 | 3 |
| 628 | PALLET DIRECT INC | 14,301.00 | 14,301.00 | - | - | - | 43 | 43 |
| 30777 | PARTS & ELEC MOTORS INC | 2,134.05 | 2,134.05 | - | - | 11 | 6 | 17 |
| 30261 | PEARL LAWN MAINTENANCE | 2,875.00 | 2,875.00 | - | - | - | 9 | 9 |
| 22 | PERFECTION SERVO HYDRAULICS INC | 4,031.80 | 4,031.80 | - | - | - | 12 | 12 |
| 30254 | PERSONALIZED PEST CONTROL | 2,082.00 | 2,082.00 | - | - | 11 | - | 11 |
| 399 | PETER JOSEF ZIMMER INTL SPEDITION | 1,129.58 | 1,129.58 | - | - | - | 3 | 3 |
| 30885 | PG LECITHIN & SCHRODER | 486.00 | 486.00 | - | - | - | 1 | 1 |
| 30246 | PLASTIC SUPPLY & FABRICATION | 183.29 | 183.29 | - | - | - | 1 | 1 |
| 30925 | PRIDE CONTAINER CORPORATION | 7,895.18 | 7,895.18 | - | - | - | 24 | 24 |
| 30930 | PRIVATE LABEL MANUFACTURERS | 4,750.00 | 4,750.00 | - | - | - | 14 | 14 |
| 30236 | PROVANCAL BROS INC | 975.00 | 975.00 | - | - | - | 3 | 3 |
| 31050 | QCI TECHNICAL STAFFING | 198.00 | 198.00 | - | - | - | 1 | 1 |
| 30228 | QUICKDRAFT | 1,842.82 | 1,842.82 | - | - | - | 6 | 6 |
| 31752 | RAMADA | 1,362.80 | 1,362.80 | - | - | 7 | - | 7 |
| 33 | REILY ELECTRICAL SUPPLY INC. | 300.98 | 300.98 | - | - | - | 1 | 1 |
| 436 | RESOURCE ENERGY SERVICES, LLC | 45,394.33 | 48,831.54 | - | - | - | 146 | 146 |
| 31350 | REX MACHINE WORKS INC | 3,593.95 | 3,593.95 | - | - | 19 | - | 19 |
| 30901 | ROCK ISLAND DISPLAYS | 1,729.89 | 1,729.89 | - | - | 9 | - | 9 |
| 31410 | ROMINVENT S A | 210.00 | 105.00 | - | - | 1 | - | 1 |
| 30207 | ROTO ROOTER | 150.00 | 150.00 | - | - | 1 | - | 1 |
| 30762 | RUTLAND TOOL & SUPPLY CO INC | 182.97 | 182.97 | - | - | - | 1 | 1 |
| 30196 | SAFETY SIGN COMPANY | 829.30 | 829.30 | - | - | - | 2 | 2 |
| 30181 | SHANNON LUMBER COMPANY | 1,993.23 | 1,993.23 | - | - | - | 6 | 6 |
| 31033 | SHIP PAC INC | 639.00 | 639.00 | - | - | 3 | 2 | 5 |
| 31190 | SPANISH SYSTEMS INC | 282.48 | 282.48 | - | - | - | 1 | 1 |
| 30159 | SPECIALTY CHEMICAL COMPANY INC | 350.40 | 350.40 | - | - | - | 1 | 1 |
| 690 | SPRAYING SYSTEMS CO | 233.84 | 233.84 | - | - | - | 1 | 1 |
| 281 | SPRINT TELEPHONE | 675.87 | 675.87 | - | - | 4 | - | 4 |
| 30945 | STONHARD INC | 10,926.00 | 10,926.00 | - | - | - | 33 | 33 |
| 388 | SUMMIT COMMUNICATIONS | 10,148.30 | 10,148.30 | - | - | - | 30 | 30 |
| 30135 | SWANSON ASPHALT CO INC | 5,300.00 | 5,300.00 | - | - | - | 16 | 16 |

flat file to mark for court filing
9/20/01

| Claim Number | Creditor Name | Claim | Allowed | Amounts Outstanding | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 05/15/00 | 10/20/00 | 01/21/01 | 07/20/01 | Total |
| 31499 | TIE NATIONAL LEASING | 1,244.92 | 1,244.92 | - | - | 7 | 4 | 11 |
| 107 | TRI STATES FIRE PROTECTION, INC. | 170.00 | 170.00 | - | - | - | 1 | 1 |
| 31495 | TWO RIVERS LIFT & EQUIP. | 145.88 | 145.88 | - | - | 1 | - | 1 |
| 72 | UNITED STATES PLASTICS CORP. | 470.07 | 470.07 | - | - | - | 1 | 1 |
| 30102 | UNITOG BUSINESS CLOTHING | 2,299.82 | 2,299.82 | - | - | - | 7 | 7 |
| 31691 | US WEST COMMUNICATIONS | 167.76 | 167.76 | - | - | 1 | 1 | 2 |
| 31692 | VKM GMBH | 1,141.55 | 1,141.55 | - | - | - | 3 | 3 |
| 290 | WEBER MARKING SYSTEMS | 5,015.86 | 5,015.86 | - | - | 27 | - | 27 |
| 30080 | WERNER MAKAT GMBH & CO KG | 518.34 | 518.34 | - | - | - | 2 | 2 |
| 30076 | WHATMAN INC. | 12,254.64 | 12,254.64 | - | - | - | 37 | 37 |
| 359 | ZEP MANUFACTURING COMPANY | 363.80 | 168.78 | - | - | - | 1 | 1 |
| 198 | AIB INTERNATIONAL INC | 4,423.95 | 4,423.95 | - | 200 | - | - | 200 |
| 31783 | ARAMARK UNIFORM SERVICES INC | 1,366.84 | 1,366.84 | - | 62 | 7 | 4 | 73 |
| 31306 | ARAMARK UNIFORM SERVICES INC | 154.72 | 154.72 | - | 7 | 1 | - | 8 |
| 478 | BAKER & MCKENZIE | 8,304.89 | 8,304.89 | - | 375 | 44 | 25 | 444 |
| 31383 | BANNER | 3,099.26 | 3,099.26 | - | 140 | - | 9 | 149 |
| 31664 | BARTON SOLVENTS, INC. | 1,834.62 | 1,834.62 | - | 83 | - | - | 83 |
| 31652 | BURRELLE'S INFO SERVICES | 283.85 | 283.85 | - | 13 | - | 1 | 14 |
| 31650 | BWI PACKAGING TECHNOLOGY | 5,469.85 | 5,469.85 | - | 247 | - | - | 247 |
| 30626 | CAMTRON SYSTEM | 91.94 | 91.94 | - | 4 | - | - | 4 |
| 31206 | CANDY BOUQUET | 51.44 | 51.44 | - | 2 | - | - | 2 |
| 31209 | CANNONBALL COURIER | 244.60 | 244.60 | - | 11 | - | - | 11 |
| 30967 | CERTIFIED FOLDER DISPLAY | 613.60 | 613.60 | - | 28 | - | 2 | 30 |
| 387 | CHEMCO PRODUCTS COMPANY | 1,114.77 | 1,114.77 | - | 50 | - | - | 50 |
| 30578 | CLAYTON GROUP SERVICES | 3,198.83 | 3,198.83 | - | 145 | - | 10 | 155 |
| 31452 | COMBINED FLUID PRODUCTS | 224.65 | 224.65 | - | 10 | - | - | 10 |
| 31624 | DES MOINES REGISTER | 875.84 | 875.84 | - | 40 | - | - | 40 |
| 760 | ELECTRICAL INSULATION SUPPLY | 523.99 | 523.99 | - | 24 | - | - | 24 |
| 30979 | FAMILIAN PIPE & SUPPLY | 55.10 | 55.10 | - | 2 | - | - | 2 |
| 31127 | FOOD SHIPPERS OF AMERICA | 150.00 | 12.00 | - | 8 | - | - | 8 |
| 30759 | GILDEA TOOL AND ENGINEERING INC | 3,902.00 | 3,902.00 | - | 176 | - | - | 176 |
| 30982 | GRAYBAR | 201.32 | 201.32 | - | 9 | - | 1 | 10 |
| 30920 | GREAT WESTERN MFG. COMPANY, INC | 893.21 | 893.21 | - | 40 | 5 | 3 | 48 |
| 31176 | GTE NORTH | 196.79 | 196.79 | - | 9 | - | - | 9 |
| 30465 | HANSEN & SON COMPANY | 600.00 | 600.00 | - | 27 | - | 2 | 29 |
| 62 | HARRY HOLLAND DISTRIBUTING CO. | 1,089.76 | 1,089.76 | - | 49 | - | - | 49 |
| 30462 | HART INDUSTRIAL | 40.20 | 40.20 | - | 2 | - | - | 2 |
| 30460 | HARTZ ENTERPRISES LTD | 47.61 | 47.61 | - | 2 | - | - | 2 |
| 445 | HEFTER & CARROLL | 540.93 | 540.93 | - | 24 | - | - | 24 |
| 30432 | INDUSTRIAL ACCESSORIES CO | 54.97 | 54.97 | - | 2 | - | - | 2 |
| 30418 | J N SUPPLIE CO INC | 805.81 | 805.81 | - | 36 | - | - | 36 |
| 30951 | J&P MACHINE INC | 2,610.00 | 2,610.00 | - | 118 | - | 8 | 126 |
| 31570 | J.B. WARD COMPANY | 427.65 | 427.65 | 0 | 19 | - | 1 | 20 |
| 30405 | K MART INC (7142 PA) | 26.49 | 26.49 | - | 1 | - | - | 1 |
| 31565 | KELLY'S FLOWERS | 23.63 | 23.63 | - | 1 | - | - | 1 |
| 30399 | KIMBERLY'S FLORAL | 74.20 | 74.20 | - | 3 | - | - | 3 |
| 603 | KP ENTERPRISES INC | 6,773.00 | 6,773.00 | - | 306 | - | - | 306 |
| 30389 | KRITON CHEMICAL COMPANY | 1,215.00 | 1,215.00 | - | 55 | 6 | 4 | 65 |
| 30380 | LEADERSHIP MANAGEMENT INC | 87.95 | 87.95 | - | 4 | - | - | 4 |
| 31416 | LIGHT SOUND N' SHOW | 29.81 | 29.81 | - | 1 | - | - | 1 |
| 606 | LOWES #51 | 958.07 | 958.07 | - | 43 | 5 | 3 | 51 |
| 31056 | MERCHANT & GOULD | 232.50 | 232.50 | - | 11 | - | - | 11 |
| 31279 | MINNICK, BILL | 39.90 | 39.90 | - | 2 | - | - | 2 |
| 30294 | NYSWONGER SPRING COMPANY | 100.00 | 100.00 | - | 5 | 1 | - | 6 |
| 206 | OFFICE DEPOT INC | 2,001.71 | 1,770.93 | - | 80 | - | - | 80 |
| 116 | PARKER GLOVE & SUPPLY, INC. | 629.26 | 629.26 | - | 28 | - | - | 28 |
| 921 | PRIME EQUIPMENT | 3,956.48 | 3,956.48 | - | 179 | 21 | 12 | 212 |
| 30772 | R & L CARRIERS | 53.20 | 53.20 | - | 2 | - | - | 2 |
| 30225 | RADIO SHACK | 17.02 | 17.02 | - | 1 | - | - | 1 |
| 31173 | RAPSESSIONS INC | 10,800.00 | 10,800.00 | - | 488 | - | - | 488 |
| 31151 | REID'S CAR PARTS INC | 20.32 | 20.32 | - | 1 | - | - | 1 |
| 31515 | SEEGER INC. | 97.91 | 97.91 | - | 4 | 1 | - | 5 |
| 30796 | SOUTH BEND SUPPLY CO | 89.60 | 89.60 | - | 4 | - | - | 4 |
| 917 | SOUTHWESTERN BELL TELEPHONE | 2,202.66 | 2,202.66 | - | 100 | - | 7 | 107 |
| 30140 | STUART C IRBY CO | 2,617.96 | 2,617.96 | - | 118 | - | - | 118 |
| 30768 | TAYLOR-NEWCOMB INDUSTRIES | 83.27 | 83.27 | - | 4 | - | - | 4 |
| 31814 | THERMO KING OF CHATTANOOGA INC | 4,402.14 | 4,402.14 | - | 199 | - | - | 199 |
| 30926 | THRIFTY DELIVERY SERVICES | 62.58 | 62.58 | - | 3 | - | - | 3 |
| 31795 | TREADCO | 2,961.62 | 2,961.62 | - | 134 | - | 9 | 143 |
| 31201 | TYDENBRAMMALL | 140.60 | 140.60 | - | 6 | - | - | 6 |
| 562 | ULINE | 226.74 | 226.74 | - | 10 | 1 | 1 | 12 |
| 31491 | VISOLUX, INC. | 490.18 | 490.18 | - | 22 | - | 1 | 23 |
| 30889 | WITCO CORPORATION | 5,273.50 | 5,273.50 | - | 238 | - | 16 | 254 |
| 31183 | ALLEN MACHINERY | 17,787.27 | 17,787.27 | - | 804 | - | - | 804 |
| 30939 | AWARD GRAPHICS | 25,351.00 | 25,351.00 | - | 1,146 | - | - | 1,146 |
| 397 | DIC ENTERTAINMENT | 150,000.00 | 150,000.00 | - | 6,780 | 795 | - | 7,575 |
| 71 | HARMER ASSOCIATES INC | 57,000.00 | 57,000.00 | - | 2,576 | - | 171 | 2,747 |
| 30456 | HEIDI'S CHEESE PRODUCTS INC | 8,580.00 | 8,580.00 | 5,057 | 388 | 45 | 26 | 5,516 |

| Claim Number | Creditor Name | Claim | Allowed | Amounts Outstanding | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | 05/15/00 | 10/20/00 | 01/21/01 | 07/20/01 | |
| 30433 | INDUSTRIA DE BALAS FLORESTAL | 13,884.00 | 13,884.00 | - | 628 | 74 | 42 | 744 |
| 30372 | LODERS CROKLAAN USA | 119,523.00 | 30,120.00 | - | 19,114 | 160 | - | 19,274 |
| 583 | MULTI-TEMPS INC | 144,659.50 | 144,659.50 | - | 6,539 | - | - | 6,539 |
| 31297 | OG & E | 16,142.59 | 16,142.59 | - | 730 | - | 48 | 778 |
| 314 | ROCHE VITAMINS INC | 171,700.00 | 171,700.00 | 101,200 | - | 910 | - | 102,110 |
| 93 | SERVICE PALLET, INC. | 74,364.88 | 61,716.72 | - | 2,790 | - | - | 2,790 |
| 601 | STICKLE SALVAGE FEED | 46,745.19 | 39,105.90 | - | 24,817 | 207 | - | 25,024 |
| 31506 | T. ERNST & ASSOCIATES | 14,000.00 | 14,000.00 | - | 633 | - | - | 633 |
| 591 | KLOCKNER HANSEL GMBH | 8,566.51 | 8,566.51 | - | 5,436 | 45 | - | 5,481 |
| 302 | 3M (MINNESOTA MINING & MFG) | 1,338.60 | 1,338.60 | - | 61 | - | 4 | 65 |
| 31016 | APV BAKER INC | 7,495.75 | 7,495.75 | - | 339 | 40 | 22 | 401 |
| 30694 | APV BAKER INC | 6,209.23 | 6,209.23 | - | 281 | 33 | 19 | 333 |
| 422 | CLASSIC PRODUCTS CORP | 489.92 | 489.92 | - | - | 3 | 1 | 4 |
| 97 | CONTINENTAL COMMUNICATIONS | 484.72 | 270.55 | - | 12 | 1 | 1 | 14 |
| 30412 | JOHNSON LIEBER | 1,290.24 | 177.07 | - | 8 | 1 | 1 | 10 |
| 31567 | K&S INDUSTRIAL SERVICES | 702.50 | 702.50 | - | 32 | 4 | 2 | 38 |
| 31085 | LAWSON PRODUCTS | 3,303.32 | 3,303.32 | - | 149 | 18 | 10 | 177 |
| 167 | OPTIONS FOR PEOPLE INC | 5,390.00 | 5,390.00 | - | 244 | 29 | 16 | 289 |
| 513 | STAR TRANSPORTATION SVC INC | 1,985.00 | 1,985.00 | - | 90 | - | 6 | 96 |
| 384 | STARLITE CARTAGE | 156.84 | 156.84 | - | 7 | 1 | - | 8 |
| 275 | TOYOTA MOTOR CREDIT CORPORATION | 6,080.79 | 1,199.27 | - | 54 | - | 4 | 58 |
| 30088 | VOSS BELTING AND SPECIALTY CO | 1,863.72 | 1,863.72 | - | 84 | 10 | 6 | 100 |
| 31669 | APPLIED INDUSTRIAL TECH. | 627.51 | 627.51 | 370 | 28 | 3 | 2 | 403 |
| 31661 | BELL ATLANTIC-MARYLAND INC | 427.86 | 427.86 | - | - | 2 | 1 | 3 |
| 30662 | BELLSOUTH PUBLIC COMMUNICATIONS | 168.24 | 168.24 | 99 | 8 | - | - | 107 |
| 193 | CBS PROMOTIONS GROUP | 1,000.00 | 1,000.00 | 589 | 45 | 5 | 3 | 642 |
| 31288 | CENTURYTEL | 212.29 | 212.29 | - | - | 1 | 1 | 2 |
| 30963 | CITY OF LIGONIER | 480.90 | 480.90 | 283 | 22 | 3 | 1 | 309 |
| 31103 | COMMISSION OF PATENTS & TRADEMARKS | 3,000.00 | 3,000.00 | 1,768 | 136 | 16 | 9 | 1,929 |
| 31603 | FPL | 949.25 | 949.25 | 559 | 43 | 5 | 3 | 610 |
| 31096 | HRS | 1,646.96 | 1,646.96 | - | 74 | 9 | - | 83 |
| 31249 | INSTITUTE INVESTOR INC | 1,995.00 | 1,995.00 | 1,176 | 90 | 11 | 6 | 1,283 |
| 31763 | LOOKOUT MOUNTAIN INN | 1,081.17 | 1,081.17 | 637 | 49 | 6 | 3 | 695 |
| 30369 | LOOKOUT MOUNTAIN INN | 267.69 | 267.69 | 158 | 12 | 1 | 1 | 172 |
| 31549 | NAPA - CRESTON | 649.81 | 649.81 | 383 | 29 | 3 | 2 | 417 |
| 30248 | PITTSTON TOWNSHIP | 12,028.78 | 12,028.78 | - | 544 | 64 | 36 | 644 |
| 30123 | PREMIUM IMAGE GROUP INC | 3,900.00 | 3,900.00 | 2,299 | 176 | 21 | 12 | 2,508 |
| 30192 | SANWA BUSINESS CREDIT CORP | 404.58 | 404.58 | 238 | 18 | 2 | - | 258 |
| 31247 | SECOND SHIFT INC | 175.00 | 175.00 | 103 | 8 | 1 | 1 | 113 |
| 30145 | STICKON PACKAGING SYSTEMS INC | 480.36 | 480.36 | 283 | 22 | 3 | 1 | 309 |
| 31508 | SUPERMARKET NEWS | 4,241.50 | 4,241.50 | 2,500 | 192 | 22 | 13 | 2,727 |
| 30127 | TERMINIX INTL/DBA ROSE PEST | 209.28 | 209.28 | 123 | 9 | 1 | 1 | 134 |
| 31226 | VSA OF KANSAS CITY | 304.30 | 304.30 | 179 | 14 | 2 | 1 | 196 |
| 30056 | XRX INC | 391.00 | 391.00 | 230 | 18 | 2 | 1 | 251 |
| 31014 | ACORN CORRUGATED BOX COMPANY | 234,666.43 | 234,666.43 | - | - | 1,244 | - | 1,244 |
| 139 | ALLIED PAPER COMPANY | 346.93 | 346.93 | 204 | 16 | 2 | - | 222 |
| 246 | AT&T WIRELESS SERVICES, INC. | 286.33 | 286.33 | - | - | 2 | - | 2 |
| 30682 | ATLAS BOLT COMPANY INC | 6.81 | 6.81 | 4 | - | - | - | 4 |
| 31287 | BELL ATLANTIC | 897.44 | 860.21 | 507 | 39 | 5 | - | 551 |
| 31658 | BFI WASTE SYSTEMS, INC. | 115.00 | 115.00 | 68 | 5 | 1 | - | 74 |
| 31818 | BUDGETEL INN INC | 160.56 | 160.56 | 95 | 7 | 1 | - | 103 |
| 30782 | CHLOE'S FLORIST | 140.75 | 140.75 | 83 | 6 | 1 | - | 90 |
| 30780 | CLEMENT COMMUNICATIONS INC | 1,317.92 | 1,317.92 | - | - | 7 | - | 7 |
| 31585 | HARVARD BUSINESS REVIEW | 85.00 | 85.00 | 50 | 4 | - | - | 54 |
| 30454 | HENNIG GASKET & SEAL | 73.00 | 73.00 | 43 | 3 | - | - | 46 |
| 639 | INDUSTRIAL DOOR CO | 1,527.55 | 1,527.55 | 900 | 69 | 8 | - | 977 |
| 31765 | K MART INC (9064 MN) | 81.53 | 81.53 | 48 | 4 | - | - | 52 |
| 30397 | KING PIN TRAILER REPAIR INC | 435.80 | 435.80 | 257 | 20 | 2 | - | 279 |
| 31762 | LOWER LACKAWANNA VALLEY | 474.31 | 474.31 | 280 | 21 | 3 | - | 304 |
| 2 | MCNICHOLS COMPANY | 740.00 | 740.00 | 436 | 33 | 4 | - | 473 |
| 902 | NICOR GAS | 204.14 | 204.14 | 120 | 9 | 1 | - | 130 |
| 31838 | NORTHEAST GREAT DANE | 5.34 | 5.34 | 3 | - | - | - | 3 |
| 30219 | RAVENSWOOD HEALTH CARE CENTER | 35.00 | 35.00 | 21 | 2 | - | - | 23 |
| 30758 | RENTOKIL(10) SURBURBAN | 960.43 | 960.43 | - | - | 5 | - | 5 |
| 31811 | TRANSPORTATION COMPONENTS CO | 2,159.00 | 2,159.00 | 1,273 | 98 | 11 | - | 1,382 |
| 30112 | TULSA POWER SERVICE INC | 74.10 | 74.10 | 44 | 3 | - | - | 47 |
| 30104 | UNITED PARCEL SERVICE | 108.94 | 108.94 | - | - | 1 | - | 1 |
| 31490 | WALKERS UNIFORM RENTAL | 523.06 | 523.06 | 308 | 24 | 3 | - | 335 |
| 30083 | WAL-MART STORES | 2,750.00 | 2,750.00 | 1,621 | 124 | 15 | - | 1,760 |
| 31207 | WEST COAST TILE IMPORTERS | 50.00 | 50.00 | 29 | 2 | - | - | 31 |
| 31484 | WILLY ZIMMER NACHF. | 161.07 | 161.07 | 95 | 7 | 1 | - | 103 |
| 31660 | BELLSOUTH | 1,221.41 | 1,221.41 | - | - | 6 | 4 | 10 |
| 31588 | HANSA INDUSTRIAL-MIXER | 6,808.80 | 6,808.80 | 4,013 | 308 | 36 | 20 | 4,377 |
| 31411 | LEGARRETA Y ASOCIADOS S C | 1,441.00 | 1,441.00 | 849 | 65 | 8 | 4 | 926 |
| 342 | ALLIED ELECTRONICS | 1,631.33 | 1,599.45 | - | 72 | - | - | 72 |
| 385 | BRINKMAN INSTRUMENTS INC | 13,273.90 | 13,273.90 | - | - | - | 40 | 40 |
| 553 | BT OFFICE PRODUCTS INTERNATIONAL | 28,113.81 | 28,113.81 | - | - | - | 84 | 84 |
| 31265 | CARDKEY SYSTEMS INC | 441.60 | 441.60 | - | - | - | 1 | 1 |

| Claim Number | Creditor Name | Claim | Allowed | Amounts Outstanding | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 05/15/00 | 10/20/00 | 01/21/01 | 07/20/01 | Total |
| 30607 | CERTANIUM ALLOYS COMPANY | 859.63 | 859.63 | - | - | 5 | 3 | 8 |
| 150 | CHICAGO DISPOSAL, INC. | 19,650.00 | 19,650.00 | - | - | 104 | 59 | 163 |
| 30867 | EXECUTRAIN | 190.00 | 190.00 | - | - | 1 | 1 | 2 |
| 31786 | EXEL LOGISTICS INC | 12,096.77 | 12,096.77 | - | - | 64 | 36 | 100 |
| 851 | FLAVORS OF NORTH AMERICA INC | 99,308.98 | 61,055.20 | - | - | 324 | - | 324 |
| 549 | FREEMAN TIRE CORPORATION | 2,080.00 | 2,080.00 | - | - | - | 6 | 6 |
| 31802 | GARY'S AUTO SUPPLY | 312.74 | 312.74 | - | - | - | 1 | 1 |
| 31154 | HICKMAN TELCOM | 171.50 | 171.50 | - | - | - | 1 | 1 |
| 31337 | HONEYWELL INC | 290.00 | 290.00 | - | - | - | 1 | 1 |
| 393 | JAY INSTRUMENT & SPECIALTY CO | 1,779.97 | 1,779.97 | - | - | - | 5 | 5 |
| 30401 | KATHERINE BEECHER CANDIES | 162,499.02 | 175,049.26 | - | - | - | 525 | 525 |
| 394 | LIFT PARTS INTERNATIONAL CORP | 3,850.10 | 3,850.10 | - | - | - | 12 | 12 |
| 31550 | MILNE FRUIT PRODUCTS | 10,608.84 | 10,608.84 | - | - | 56 | - | 56 |
| 160 | MSN COMMUNICATIONS | 33,170.98 | 27,920.98 | - | - | - | 84 | 84 |
| 306 | NORTHERN INDIANA PUBLIC SERVICE CO | 3,127.13 | 3,127.13 | - | - | - | 9 | 9 |
| 30213 | REVERE ELECTRIC SUPPLY CO | 1,296.01 | 1,296.01 | - | - | 7 | 4 | 11 |
| 31027 | REVERE ELECTRIC SUPPLY COMPANY | 2,455.43 | 2,455.43 | - | - | 13 | 7 | 20 |
| 30809 | RUNZHEIMER INTERNATIONAL | 185.00 | 185.00 | - | - | 1 | - | 1 |
| 30882 | UCB FILMS INC | 7,497.01 | 7,497.01 | - | - | - | 22 | 22 |
| | | $ 18,285,743.06 | $ 10,388,975.76 | $ 129,585 | $ 80,237 | $ 13,817 | $ 26,257 | $ 249,896 |