IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------X
In re:                        :    Chapter 11
                              :
FAVORITE BRANDS INTERNATIONAL :    Case No. 99-726 (PJW)
HOLDING CORP, et *al.*,       :
                              :    Jointly Administered
         Debtors.             :
------------------------------X

## CERTIFICATE OF SERVICE

The undersigned, an attorney, swears and certifies that on September 26, 2001, he caused a copy of **Motion for (A) Approval of Final Report of Plan Administrator and (B) for Entry of Final Decree Closing the Bankruptcy Cases** in the above-captioned Chapter 11 bankruptcy cases to be served on the United States Trustee and a **Notice of Motion** to be served on other parties by overnight courier, messenger, or first-class mail, as listed on the attached Service List.

So attested: _/s/ Mark S. Melickian_
Mark S. Melickian

# FAVORITE BRANDS INTERNATIONAL

## Final Report Service List

FINAL REPORT – BY OVERNIGHT COURIER

### Counsel for the United States Trustee

United States Trustee
601 Walnut Street
Curtis Center, Suite 950 West
Philadelphia, PA 19106

### Plan Administrator

Hobart G. Truesdell
Walker, Truesdell, Radick & Associates
380 Lexington Avenue, Suite 1514
New York, NY 10168

### Favorite Brands International

Ann Hughes
Sue Watson
Favorite Brands International
1187 Wilmette Avenue, Suite 121
Wilmette, IL 60091

ALL BELOW SERVED NOTICE ONLY, BY REGULAR MAIL

**Counsel for the Debtors**

David S. Kurtz, Esq.                                (NOTICE ONLY)
Skadden, Arps, Slate,
Meagher & Flom (Illinois)
333 West Wacker Drive
Chicago, IL 60606

Gregg M. Galardi, Esq.
Skadden, Arps, Slate,
    Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

**Creditors Committee Counsel**

Alan Kornberg, Esq.                             (NOTICE ONLY)
Robert D. Drain, Esq.
Paul, Weiss, Rifkin, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

**Local Creditors Committee Counsel**

William A. Hazeltine, Esq.                    (NOTICE ONLY)
Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Fl.
P.O. Box 951
Wilmington, DE 19899

**Securities and Exchange Commission**

Anne M. Krauskopf, Esq.                     (NOTICE ONLY)
Securities and Exchange Commission
Office of the Chief Counsel
Division of Corporate Finance
450 Fifth Street, N.W.
Washington, DC 20549

**Delaware Law Firms**

Francis A. Monaco, Jr., Esq.
Joseph J. Bodnar, Esq.
Walsh, Monzack and Monaco, P.A.
1201 Orange Street
Suite 400
Wilmington, DE 19801

Michael D. DeBaecke, Esq.
Blank Rome Comisky & McCauley
Chase Manhattan Centre
1201 Market Street, 21St Floor
Wilmington, DE 19801

Brett D. Fallon, Esq.
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

(NOTICE ONLY)

William P. Bowden, Esq.
Christopher S. Sontchi, Esq.
Ashby & Geddes
One Rodney Square
P.O. Box 1150
Wilmington, DE 19899

James L. Patton, Jr., Esq.
Young Conaway Stargatt
 & Taylor, LLP
11th Floor, Rodney Square North
Wilmington, DE 19899-0391

Kevin Gross, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1401, Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

John C. Phillips, Jr. Esq.
Stephen W. Spence, Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Ellen W. Slights, Esq.
Chase Manhattan Centre
United States Attorney's Office
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, DE 19899-2046

Theodore J. Tacconelli, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Affected Claimants**                                (NOTICE ONLY)

City of Dallas
c/o Linebarger Heard Goggan et al
Attn: Beth Weller
2323 Brian Street
Suite 1720
Dallas, TX 75201-2691

City of Dallas/DISD
c/o Linebarger Heard Goggan et al
Attn: Beth Weller
2323 Brian Street
Suite 1720
Dallas, TX 75201-2691

Commonwealth of Massachusetts
Attn: Victor Savickas
Tax Examiner
Box 9484
Boston, MA 02205

Luzerne County Tax Claim Bureau
Luzerne County Courthouse
200 North River Street
Wilkes Barre, PA 18711-1001
Attn: Virginia Augello

a/k/a (for taxing purposes)

Pittston Township
Attn: Josephine Menichini
168 ½ Oak Street
Pittston Township, PA 18640

Noble County Treasurer
Attn: Bonnie J. Summe
101 North Orange Street
Albion, IN 46701

Sluder, Freda
c/o Larry Spears
501 NW 13th Street
Oklahoma City, OK 73103

State of Michigan
Dept. of Treasury – Rev. Division
Treasury Bldg. 1st Floor
Lansing, MI 48922
Attn: Steven Flancher

State of Michigan
Dept. of Treasury – Rev. Division
Treasury Bldg. 1st Floor
Lansing, MI 48922
Attn: Steven Flancher

State of New Jersey
Attn: George Delmonte
NJ Division of Taxation
Bankruptcy Division
P.O. Box 245
Trenton, NJ 08646

State of Oregon
Dept. of Transportation
Attn: Dorothy Sabastian
550 Capitol Street Northeast
Salem, OR 97301

Sterling Commerce
PO Box 73199
Chicago, IL 60619
Attn: Angel Harmon

Amwest Surety Insurance Co.
c/o Leo & Weber PC
Attn: Michael Weber
20 S. Clark Street
Chicago, IL 60603

Palmer, Virginia
c/o Sinoway & McEnery PC
Attn: Barry J. Sinoway
142 Temple Street
New Haven, CT 06510

Walls, Verla
c/o Vonholtum, Malters & Sheperd
Attn: James E. Malers
607 Tenth Street
P.O. Box 517
Worthington, MN 56187

-- and –

Brian A. Sullivan
Werb & Sullivan
300 Delaware Avenue
10th Floor
P.O. Box 25046
Wilmington, DE 19899

Avalos, Leonel
c/o Ms. Yolanda Haces
33 North Dearborn Street
Suite 1850
Chicago, IL 60602

Work comp case no. 97 WC 20242

Cruz-Garcia, E.
c/o Jack R. Epstein
4344 W. 26th Street
Suite 2000
Chicago, IL 60623

Work comp case no. 98 WC 43965

Enriquez, Julio
c/o Mr. James Gumbiner
180 N. Michigan Avenue
Suite 2100
Chicago, IL 60602

Work comp case no. 98 WC 48316

Martin, Jorge
c/o Raymond M. Simard
200 N. LaSalle
Chicago, IL 60601

Work comp case no. 96 WC 33438

Ramirez, Theresa
c/o Jack R. Epstein
4344 W. 26th Street
Suite 2000
Chicago, IL 60623

Work comp case no. 99 WC 9685

**Counsel and Interested Parties**

Frank Gaughan, Esq.
Kane, Doy & Harrington
One North LaSalle Street
Suite 1825
Chicago, IL 60602


Mike Doody
Kraft Foods
Three Lakes Drive
NF 217
Northfield, IL 60093


Maria Sarli-Dehlin
Office of the Self-Insurance Manager
The Industrial Commission of Illinois
100 West Randolph
Suite 8-200
Chicago, IL 60601


CH02/22146556.3