IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------X
In re:                              : Chapter 11
                                    :
FAVORITE BRANDS INTERNATIONAL       : Case No. 99-726 (PJW)
HOLDING CORP, et al.,               :
                                    : Jointly Administered and
                                    : Substantively Consolidated
            Debtors.                :
------------------------------X

RE: Docket No. 1417 + 1409

## ORDER OF DEPOSIT

Whereas, Hobart G. Truesdell, the Plan Administrator of the above-captioned reorganized Debtor ("Reorganized FBI"), by and through his Wind Up Administrator, Susan Watson of Walker Truesdell & Associates, 1000 Skokie Boulevard, Suite 225, Wilmette, Illinois, 60091, tel: 847-251-4612, requests that the Clerk of the Bankruptcy Court accept a future deposit (the "Unclaimed Funds") into the registry of this Court pursuant to 28 U.S.C. § 2041;

IT IS HEREBY ORDERED that:

1. The Clerk shall accept and deposit the Unclaimed Funds into the registry of the Court on behalf of Reorganized FBI, care of Susan Watson at the address above.

2. The Clerk shall deduct from the Unclaimed Funds any appropriate registry fee payable to the Clerk in connection with such deposit.

Dated: December 15, 2006

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge